**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 6, 2026.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-26-00133-CV
_____

**APPELLANT, CNOOC ENERGY U.S.A. LLC//CROSS-APPELLANT RAILROAD COMMISSION OF TEXAS**

**V.**

**APPELLEES, RAILROAD COMMISSION OF TEXAS, WILLIAMS MLP OPERATING LLC AND MOCKINGBIRD MIDSTREAM GS SERVICES, LLC//CROSS-APPELLEE, CNOOC ENERGY U.S.A. LLC**

**On Appeal from the 201st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-21-007164**

## MEMORANDUM OPINION

We have considered the parties' Joint Motion to Dismiss Appeal and Cross-

Appeal. We grant the motion and dismiss the appeal.[1] *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[1] The motion for extension of time to file a notice of appeal filed by Williams MLP Operating LLC and Mockingbird Midstream GS Services on July 8, 2026, is dismissed as moot.